UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MEGAN HEDGEPETH                    )
              Plaintiff,                    )
                               )
v.                                 )          **JUDGMENT**
                               )          No. 4:21-cv-144-FL
NASH COUNTY, NATALIE WEBB,          )
in her individual capacity and MARY )
REEVES, in her individual capacity  )
              Defendants                   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 14, 2024 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on June 14, 2024, and Copies To:**
Sharika M. Robinson (via CM/ECF Notice of Electronic Filing)
Sonny Haynes / Nikole M. Crow (via CM/ECF Notice of Electronic Filing)

June 14, 2024                        PETER A. MOORE, JR., CLERK


   /s/ Sandra K. Collins
(By) Sandra K. Collins, Deputy Clerk